

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RJN
F.#2009R02330

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

November 2, 2010

**<u>VIA MAIL AND ECF</u>**

| | |
|---|---|
| Scott Leemon, Esq.<br>2 Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, NY  10017<br>(212) 696-9111 | Joel Winograd, Esq.<br>450 7th Avenue<br>New York, NY 10123<br>(212) 268-6900 |
| Joseph Mure Jr., Esq.<br>26 Court St, Suite 1800<br>Brooklyn, NY 11242<br>(718) 852-9100<br>(718) 797-5554 (fax) | James Frocaro, Esq.<br>7 Old Shore Rd<br>Port Washington, NY 11050<br>(516) 944-5062 |
| Seth Ginsberg, Esq.<br>225 Broadway, Suite 715<br>New York, NY 10007<br>(917) 885-3375 | Mario Malerba, Esq.<br>80-02 Kew Gardens Rd<br>Kew Gardens, NY 11415<br>(718) 544-0306 |
| Joseph Conway, Esq.<br>300 Old Country Road<br>Suite 341<br>Mineola, NY 11501 | Edward Hayes, Esq.<br>515 Madison Ave, Floor 30<br>New York, NY 10022<br>(212) 644-0303 |
| Michael Rosen, Esq.<br>61 Broadway, Suite 1105<br>New York, NY 10006 | Michael Padden, Esq.<br>Federal Defenders of NY<br>1 Pierrepont Plaza, 16th Fl.<br>Brooklyn, NY 11201 |
| John Meringolo, Esq.<br>116 West 23rd Street<br>Suite 5-137<br>New York, New York 10011<br>(212) 386 - 7617 | Kelley Sharkey, Esq.<br>26 Court Street<br>Suite 1016<br>Brooklyn, NY 11242<br>(718) 858-8843 |

Re:   United States v. Caramelli et. al
Criminal Docket No. 10-0010 (ENV)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced case. The government also renews its request for reciprocal discovery.

1.    Statements of the Defendants

In or about February 2010, a cooperating witness ("CW-2") consensually recorded meetings and telephone calls with the defendants referenced below.  The following consensually recorded conversations made by CW-2 are available at First Choice.  You may obtain these materials by contacting Joe Meisner at (718) 381-1480 x212 and referencing order number 26264.

| Discovery Ex # | Description | Defendants |
|---|---|---|
| 135 | Consensual Recording on 2/3/10 | Mannone |
| 136 | Consensual Recording on 2/13/10 | Mannone |
| 137 | Consensual Recording on 2/13/10 | Caramelli |
| 138 | Consensual Recording on 2/14/10 | Caramelli |
| 139 | Consensual Recording on 2/15/10 | Caramelli |
| 140 | Consensual Recording on 2/19/10[1] | Mannone |
| 141 | Consensual Recording on 2/21/10 | Caramelli |

---

[1]    At the beginning of the recording, CW-2 states that the date is October 19. The correct date of the recording is February 19, 2010.

If you have any further question or requests, please do not hesitate to contact me.  The government will supplement this letter as appropriate.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  _____s/_____
Rachel J. Nash
Assistant United States Attorney
(718) 254-6072

Enclosures

CC:  Clerk of Court (ENV) (w/o enclosures)