SETH GINSBERG
ATTORNEY AT LAW

December 7, 2011

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Joseph Cutaia*, 10-cr-10 (ENV)

Dear Judge Vitaliano:

With the consent of the government, we request that the Court adjourn the sentencing of Joseph Cutaia, which is currently scheduled for December 19, 2011, until the week of January 9, 2012, if the Court is available, or a date thereafter if necessary. We are still in the process of gathering material for our sentencing submission and with the holidays nearly upon us the additional time would be most appreciated by counsel. Should the Court be inclined to grant this request, the government advises that it is not available between 11AM and noon on January 13, 2012.

We thank the Court in advance for its consideration of this request.

Respectfully,

Seth Ginsberg

cc:   AUSA Rachel (via ECF)