

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DEL
F. #2024R00674

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2024

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Joseph Cutaia
                Criminal Docket No. 10-10 (ENV)

Dear Judge Vitaliano:

      The government respectfully submits this letter on behalf of the parties to request a two-week adjournment of the status conference scheduled for September 20, 2024, until October 4, 2024, or another date convenient for the Court. The defendant Joseph Cutaia, who has a prior back injury and has a history of back pain, underwent successful spinal surgery at a local hospital on September 11, 2024. According to medical officials at the MDC, he is recuperating at a local rehabilitation center following the surgery and is expected to remain there for, at least, the next several weeks. Given his pending recovery, the parties ask the Court to adjourn the conference for two weeks. The defendant joins in the government's request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Devon Lash
      Assistant U.S. Attorney
      (718) 254-6014

cc:    Clerk of Court (HG) (by ECF and Email)
       Defense Counsel (by ECF and Email)