The Law Office of

# Thomas S. Mirigliano, Esq.

**A Professional Service Corporation**

**40 Wall Street**
**32nd Floor**
**New York, New York 10005**
Phone: (718) 530-6548
Facsimile: (646) 219-5027

Email: TSM@MiriglianoLaw.com
_____

**Thomas S. Mirigliano, Esq.***          **Michael J.R. Mule, Esq.**
*Admitted in New York & New Jersey          Of Counsel
_____

October 16, 2024

**VIA ECF**

The Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room #
New York, New York 11201

        RE:    UNITED STATES V. JOSEPH CUTAIA, ET AL.
                   CASE No. 1:10-CR-10 (ENV)

Dear Judge Vitaliano:

This letter is respectfully submitted on behalf of the parties to request another two-week adjournment of the status conference scheduled for October 18, 2024 in the above-referenced matter. If convenient for the Court and counsel, the undersigned proposes that the status conference be rescheduled to November 1, 2024.

As previously submitted, Mr. Cutaia underwent successful spinal surgery at a local hospital on September 11, 2024, and has been recuperating at a local rehabilitation center for the past several weeks. For that reason, the parties have made two prior requests for two-week adjournments of the status conference – the most recent of which was a request to adjourn from October 4th to October 18th – which this Court granted. Because Mr. Cutaia's rehabilitation remains ongoing, the parties ask the Court for an additional two-week adjournment of the October 18th status conference. The government joins in this request.

Your Honor's kind attention and consideration in this matter is greatly appreciated.

Respectfully submitted,

Thomas S. Migliano

Cc:    William Villanueva, Courtroom Deputy (via ECF & email)
       AUSA Devon Lash (via ECF & email)